JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:25–cv–01589–DWC

K.T. v. Lyft Inc et al

Assigned to: Judge David W. Christel

Cause: 28:1332 Diversity–Product Liability

Date Filed: 08/20/2025

Jury Demand: Plaintiff

Nature of Suit: 365 Personal Inj. Prod. Liability

Jurisdiction: Diversity

**Plaintiff**

**K.T.**

represented by **Corrie Johnson Yackulic**
CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH
STE 304
SEATTLE, WA 98104
206–787–1915
Fax: 206–299–9725
Email: corrie@cjylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lyft Inc**
*a Delaware Corporation*

**Defendant**

**Does 1–50**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2025 | 1 | COMPLAINT against defendant(s) Does 1–50, Lyft, Inc. with JURY DEMAND (Receipt # AWAWDC–9133017) Attorney Corrie Johnson Yackulic added to party K.T..(pty:pla) filed by K.T.. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(Yackulic, Corrie) (Entered: 08/20/2025) |
| 08/21/2025 |  | Judge David W. Christel added. (HH) (Entered: 08/21/2025) |
| 08/21/2025 | 2 | Summons(es) Electronically Issued as to defendant(s) Lyft Inc (HH) (Entered: 08/21/2025) |
| 08/21/2025 | 3 | MOTION for Leave *To Proceed Under Pseudonym*, filed by Plaintiff K.T.. (Attachments: # 1 Proposed Order) Noting Date 8/21/2025. (Yackulic, Corrie) (Entered: 08/21/2025) |
| 08/22/2025 | 4 | ORDER granting 3 Motion for Leave To Proceed Under Pseudonym, signed by Judge David W. Christel.(KEB) (Entered: 08/22/2025) |
| 10/10/2025 | 5 | NOTICE of Motion of Plaintiff for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed before the United States Judicial Panel on Multidistrict Litigation. (CJS) (Entered: 10/15/2025) |

| 02/06/2026 | 6 | MDL 3171 TRANSFER ORDER In Re: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION; Northern District of California; assigned to Judge Rita F. Lin. (Attachments: # 1 Filing Email)(CJS) (Entered: 02/06/2026) |